DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300
Facsimile:  (866) 974-7329
Email:      dkramer@wsgr.com

Attorneys for Plaintiff
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, | Case No.: 25-10826 |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP BY GOOGLE LLC** |
| v. | |
| SERPAPI, LLC, | |
| Defendant. | |

GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP

CASE NO.: 25-10826

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google LLC discloses the following:

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Pursuant to Civil L.R. 3-15(b)(1), the undersigned certifies that it does not believe that the court has a conflict with any party, but will supplement this disclosure to the extent required following assignment of this case to a judicial officer.

Dated: December 19, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ *David H. Kramer*
David H. Kramer

Attorneys for Plaintiff
GOOGLE LLC