WILSON SONSINI GOODRICH & ROSATI - PALO ALTO, CA 650 PAGE MILL ROAD PALO ALTO, CA 94304-1050

Client's File No.: _____

**AFFIDAVIT OF SERVICE**

Civil Action No.: 3:25-cv-10826-AGT
Date Filed: December 19, 2025
Court Date: _____

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC, A Delaware limited liability company,
Plaintiff

vs

SERPAPI, LLC, a Texas Corporation,
Defendant

STATE OF TEXAS COUNTY OF TRAVIS SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Texas

That on the following date: December 31, 2025, at the following time: 11:29 AM,
at 305 E. HUNTLAND DRIVE, STE. 200-D, AUSTIN, TX 78752 deponent served the within Summons in a Civil Action, Complaint for 1. Circumvention of Technological Measures (17 U.S.C. § 1201(a)(1)(A)) 2. Trafficking in Technology Designed for Circumvention of Technological Measures (17 U.S.C. § 1201 (a)(2)) Jury Trial Demanded, Order Setting Initial Case Management Conference and ADR Deadlines, So Ordered Civil Standing Order for Magistrate Judge Alex. G. Tse, So Ordered Settlement Conference Standing Order for Magistrate Judge Alex G. Tse, Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement, Preparing A Case Management Statement Packet, Alternative Dispute Resolution Procedures Handbook May 2018 Edition

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: SERPAPI, LLC, a Texas Corporation

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[X] **Corporation LLC / LLP** By delivering to and leaving with Paige Butler said individual to be Administrative Director who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's  [ ] dwelling place  [ ] place of business/employment
[ ] last known address within the State.  [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient**
Gender: Female  Race: White  Color of hair: Brown  Age: 26 - 35 Yrs.  Height: 5ft 9inch - 6ft 0inch
Weight: 100-130 Lbs.  Other Features: _____

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____. on

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** Paige Butler stated that as Administrative Director, she is authorized to accept service for the business.

Sworn to before me on January 2, 2026

Helen Broussard

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Scott Thomas PSC 1224

PROCESS SERVER LICENSE # _____

Work Order # 1507867

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA


HELEN BROUSSARD
Notary ID #130429927
My Commission Expires
November 16, 2027