Joseph E. Clark (SBN 281021)
PROSKAUER ROSE LLP
2029 Century Park East, Ste 2400
Los Angeles, CA 90067
(310) 557-2900
jclark@proskauer.com

*Attorney for Defendant SerpApi, LLC*

*Additional Counsel listed on Signature Page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SERPAPI, LLC,<br><br>Defendant. | Case No. 25-CV-10826-YGR<br>Hon. Yvonne Gonzalez Rogers<br><br>**Fed. R. Civ. P. 7.1 Corporate Disclosure Statement and Civil L.R. 3-15 Disclosure of Conflicts, Interested Entities and Persons for SerpApi, LLC**<br><br>Action Filed:  December 19, 2025 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for SerpApi, LLC certifies that SerpApi, LLC is a non-governmental corporate party and that no publicly held corporation owns 10% or more of SerpApi, LLC's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: January 21, 2026                Respectfully submitted,

                                       /s/  *Joseph E. Clark*
                                       Joseph E. Clark (SBN 281021)
                                       PROSKAUER ROSE LLP
                                       2029 Century Park East, Ste 2400
                                       Los Angeles, CA 90067
                                       (310) 557-2900

jclark@proskauer.com

Colin R. Kass (*pro hac vice* forthcoming)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick (*pro hac vice* forthcoming)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

*Attorneys for Defendant SerpApi, LLC*