**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

GOOGLE LLC,

        Plaintiff,

        v.

SERPAPI, LLC,

        Defendant.

Case No. 25-CV-10826-YGR
Hon. Yvonne Gonzalez Rogers

**Declaration of Colin R. Kass in Support of Joint Stipulation Extending Deadline to Respond to the Complaint and Requesting Order Establishing Briefing Schedule**

Action Filed:  December 19, 2025

I, Colin R. Kass, hereby declare as follows:

1.  I am a Partner at the law firm Proskauer Rose LLP and have been retained by Defendant SerpApi, LLC ("SerpApi") in the above-captioned matter.  I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief, and as to those matters I believe them to be true.  If called as a witness, I could and would testify competently thereto.

2.  I submit this Declaration on behalf of the parties in support of the Joint Stipulation Extending Deadline to Respond to the Complaint and Requesting Order Establishing Briefing Schedule ("Joint Stipulation"), for an order: (i) extending the time for Defendant to respond to the Complaint from January 21, 2026 to February 20, 2026, (ii) extending the time for Plaintiff to file an opposition to Defendant's anticipated motion to April 6, 2026, and (iii) extending the time for Defendant to file a reply in support of their anticipated motion to May 6, 2026.  The facts set forth below describe the reasons for the requested enlargement.

3.  Plaintiff Google, LLC ("Google") filed the Complaint in the above-captioned action on December 19, 2025 (Dkt. No. 1) and served the Complaint on Wednesday, December 31, 2025.

4.  On January 2, 2026, two days after service, SerpApi contacted counsel for Plaintiff to request an extension of its time to respond to the Complaint, as it needed time to retain outside

*Declaration of Colin R. Kass in Support of Joint Stipulation Extending Deadline
to Respond to the Complaint and Requesting Order Establishing Briefing Schedule*
25-cv-10826-YGR

litigation counsel.

5.  SerpApi retained undersigned counsel the second week of January 2026, and discussions between the Parties' counsel continued.

6.  The Parties conferred and jointly request the foregoing schedule by stipulation: (a) Defendant's deadline to respond to the Complaint or otherwise move is extended thirty days to February 20, 2026; (b) Plaintiff's deadline to oppose any motion is thirty days later, on April 6, 2026; and (c) Defendant's deadline to reply is twenty days after the opposition, on May 6, 2026.

7.  The Parties believe the requested extension is modest and is intended to allow the Parties to proceed as efficiently as possible while ensuring each Party an opportunity to properly develop its legal strategy.

8.  The requested briefing schedule would have minimal to no impact on the overall case schedule.  No case management schedule has been entered, no Rule 26(f) conference has occurred, and no discovery deadlines or motion deadlines have been set by the Court.  Accordingly, the extension would not materially delay the progress of litigation and would not prejudice Plaintiff or the Court's administration of the case.

9.  There have been no prior time modifications or requests for such modifications in this case, whether by stipulation or Court Order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Declaration of Colin R. Kass in Support of Joint Stipulation Extending Deadline*
*to Respond to the Complaint and Requesting Order Establishing Briefing Schedule*
25-cv-10826-YGR

Dated:  January 21, 2026

By: /s/  *Colin R. Kass*

Colin R. Kass
Proskauer Rose LLP

*Attorney for Defendant SerpApi, LLC*

*Declaration of Colin R. Kass in Support of Joint Stipulation Extending Deadline
to Respond to the Complaint and Requesting Order Establishing Briefing Schedule*
25-cv-10826-YGR