| | |
|---|---|
| Joseph E. Clark (SBN 281021) | David H. Kramer (SBN 168452) |
| PROSKAUER ROSE LLP | WILSON SONSINI GOODRICH & ROSATI |
| 2029 Century Park East, Ste 2400 | 650 Page Mill Road |
| Los Angeles, CA 90067 | Palo Alto, CA 94304-1050 |
| (310) 557-2900 | (650) 493-9300 |
| jclark@proskauer.com | dkramer@wsgr.com |
| *Attorney for Defendant SerpApi, LLC* | *Attorney for Plaintiff Google LLC* |

*Additional Counsel listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOOGLE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SERPAPI, LLC,<br><br>Defendant. | Case No. 25-CV-10826-YGR<br>Hon. Yvonne Gonzalez Rogers<br><br>**Joint Stipulation Extending Deadline to Respond to the Complaint and Requesting Order Establishing Briefing Schedule**<br><br>Action Filed:  December 19, 2025 |

WHEREAS, on December 19, 2025, Plaintiff Google LLC ("Google") filed the Complaint in the above-captioned action (Dkt. No. 1);

WHEREAS, on December 31, 2025, Plaintiff served their Complaint on defendant SerpApi LLC ("SerpApi");

WHEREAS, SerpApi's current deadline to respond to the Complaint is January 21, 2026;

WHEREAS, the parties agree to extend the deadline to respond to the complaint by 30 days, and to establish a briefing schedule for Defendant's anticipated motion to dismiss;

WHEREAS, no party has previously requested any extension and granting the requested relief will not impact any date previously set by Court Order;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, and subject to Court approval, that:

(1) SerpApi's deadline to move to dismiss (or otherwise respond to the Complaint) shall be February 20, 2026,

(2) Google's deadline to file an opposition to Defendant's anticipated motion shall be extended to April 6, 2026; and

(3) SerpApi's deadline to file a Reply in support of its motion shall be May 6, 2026.

**Pursuant to Stipulation,
It is SO ORDERED**

Dated: January  23 , 2026

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

1 | Dated: January 21, 2026              Respectfully submitted,

3 | /s/ *David H. Kramer*                 /s/ *Joseph E. Clark*

David H. Kramer (SBN 168452)           Joseph E. Clark (SBN 281021)
Wilson Sonsini Goodrich & Rosati       PROSKAUER ROSE LLP
650 Page Mill Road                     2029 Century Park East, Ste 2400
Palo Alto CA 94304-1050                Los Angeles, CA 90067
(650) 493-9300                         (310) 557-2900
dkramer@wsgr.com                       jclark@proskauer.com

*Attorneys for Plaintiff Google LLC*   Colin R. Kass (*pro hac vice* forthcoming)
                                       PROSKAUER ROSE LLP
                                       1001 Pennsylvania Ave., N.W.
                                       Washington, D.C. 20004
                                       (202) 416-6890
                                       ckass@proskauer.com

                                       David A. Munkittrick (*pro hac vice* forthcoming)
                                       PROSKAUER ROSE LLP
                                       Eleven Times Square
                                       New York, New York 10036
                                       (212) 969-3000
                                       dmunkittrick@proskauer.com

                                       *Attorneys for Defendant SerpApi, LLC*