Docusign Envelope ID: 521F49B9-7666-423A-A295-57701462B327

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>      Plaintiff(s)<br>v.<br><br>SERPAPI, LLC<br><br>      Defendant(s) | CASE No 4:25-cv-10826-YGR<br><br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: March 9, 2026      _Signed by:_ kathlyn Querubin       
               AB839F879856435...

                           Party

Date: March 9, 2026      _DocuSigned by:_ lucy Yun       
               5D44FAE4C5994AF...

                         Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: March 9, 2026      _DocuSigned by:_ lucy Yun       
               5D44FAE4C5994AF...

                         Attorney

> _Important!_ _E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."_

_Form ADR-Cert  rev. 1-15-2019_