Joseph E. Clark (SBN 281021)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
jclark@proskauer.com

*Attorneys for Defendant SerpApi, LLC*
*Additional counsel listed on signature page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

　　　　　Plaintiff,

　　　　　　　　v.

SERPAPI, LLC,

　　　　　Defendant.

Case No. 25-cv-10826-YGR

Hon. Yvonne Gonzales Rogers

## SERPAPI'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, the undersigned counsel for Defendant SerpApi, LLC certifies:

1.　　　SerpApi, LLC has no parent corporation.

2.　　　No publicly held corporation currently owns 10 percent or more of SerpApi, LLC.

3.　　　Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to,　parent corporations), or other entities (i) have a financial interest in

the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

a.    Julien Khaleghy.

Pursuant to Civil L.R. 3-15(b)(1), the undersigned certifies that as of this date, it is not aware of any conflict that the Court has with any party.

Dated: March 23, 2026                          Respectfully submitted,


                                               */s/  Joseph E. Clark*
                                               Joseph E. Clark (SBN 281021)
                                               PROSKAUER ROSE LLP
                                               Eleven Times Square
                                               New York, New York 10036
                                               (212) 969-3000
                                               jclark@proskauer.com

                                               Colin R. Kass (*pro hac vice pending*)
                                               PROSKAUER ROSE LLP
                                               1001 Pennsylvania Ave., N.W.
                                               Washington, D.C. 20004
                                               (202) 416-6890
                                               ckass@proskauer.com

                                               David A. Munkittrick (*pro hac vice pending*)
                                               PROSKAUER ROSE LLP
                                               Eleven Times Square
                                               New York, New York 10036
                                               (212) 969-3000
                                               dmunkittrick@proskauer.com

                                               Heather Tovar (SBN 237004)
                                               AD ASTRA LAW GROUP, P.C.
                                               582 Market Street, 17th Floor
                                               San Francisco, CA 94104
                                               (415) 795-3579
                                               htovar@astralegal.com


                                               *Attorneys for Defendant SerpApi, LLC*