**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

GOOGLE LLC,

    Plaintiff,

      v.

SERPAPI, LLC,

    Defendant.

Case No. 25-cv-10826-YGR
Hon. Yvonne Gonzalez Rogers

**[PROPOSED]**
**ORDER GRANTING SERPAPI, LLC'S MOTION TO STAY DISCOVERY**

Upon consideration of Defendant SerpApi, LLC's ("SerpApi") Motion to Stay Discovery (the "Motion"), the pleadings and papers filed in support of and in response to the Motion, and argument of counsel, the Court finds that a limited discovery stay pending resolution of SerpApi's Motion to Dismiss Google's Complaint, ECF No. 22, is warranted. SerpApi's Motion to Dismiss, if granted, would dispose of the entire case and no additional discovery is necessary to decide SerpApi's Motion to Dismiss. *See Cellwitch, Inc. v. Tile, Inc.*, 2019 WL 5394848, *1 (N.D. Cal. 2019). Further, a limited discovery stay will not prejudice Google. For these reasons and for good cause shown,

**IT IS HEREBY ORDERED:**

1.  SerpApi's Motion is GRANTED.

2.  Discovery is stayed pending resolution of SerpApi's Motion to Dismiss the Complaint (ECF No. 22).

**IT IS SO ORDERED.**

---

*[Proposed] Order Granting SerpApi's Motion to Stay Discovery*
25-cv-10826-YGR

DATED:

                                            _____
Hon. Yvonne Gonzalez Rogers
United States District Judge