**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GOOGLE LLC**, | Case No. 4:25-cv-10826-YGR |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| **SERPAPI, LLC**, | |
| Defendant. | |

The Court has reviewed the docket in this action and is considering the papers submitted by defendant in connection with its motion to dismiss. Accordingly, until the Court has resolved the motion, the Court finds that a case management conference in this matter is premature and will reset it at a later date if appropriate. This order is not intended to be an indication as to the merits of the motion to dismiss.

**IT IS SO ORDERED**.

Dated:    March 23, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**