DAVID H. KRAMER, California State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (866) 974-7329
Email:    dkramer@wsgr.com

LUCY YEN, California State Bar No. 224559
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
31 West 52nd Street, 5th Floor
New York, New York 10019
Telephone:  (212) 999-5800
Facsimile:  (866) 974-7329
Email:    lyen@wsgr.com

Attorneys for Plaintiff
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE LLC, | ) Case No.: 4:25-cv-10826-YGR |
| | ) |
| Plaintiff, | ) **DECLARATION OF LUCY YEN IN** |
| | ) **SUPPORT OF PLAINTIFF GOOGLE** |
| v. | ) **LLC'S OPPOSITION TO** |
| | ) **DEFENDANT'S MOTION TO STAY** |
| SERPAPI, LLC, | ) **DISCOVERY** |
| | ) |
| Defendant. | ) Date:   April 28, 2026 |
| | ) Time:  2:00 P.M. |
| | ) Courtroom:    1, 4th Floor |
| | ) |
| | ) Before: Hon. Yvonne Gonzalez Rogers |
| | ) |
| | ) |

I, Lucy Yen, hereby declare as follows:

1.    I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Plaintiff Google LLC ("Google") in this action.  I am admitted to practice before this Court.  I submit this declaration in support of Google's Opposition to SerpApi, LLC's ("SerpApi") Motion to Stay Discovery ("Motion").  I have personal knowledge of the facts and circumstances described below and would testify to them if called upon as a witness.

2.    On March 23, 2026, SerpApi filed its Motion and noticed it for hearing on April 28, 2026.  ECF 27.  SerpApi did not confer with Google's counsel before selecting this date.

3.    On March 27, 2026, Google informed SerpApi's counsel by letter that Google was not available for a hearing on that date and proposed that SerpApi's Motion be heard on May 19, 2026, the date already scheduled for the hearing on SerpApi's pending Motion to Dismiss (ECF 22).  A true and correct copy of Google's letter is attached hereto as Exhibit A.

4.    That same day, SerpApi responded by letter and informed Google's counsel that SerpApi would be "amenable" to having its Motion heard on May 19, but only if Google "agree[d] that all discovery shall be stayed until the Court rules on the Motion to Stay discovery."  A true and correct copy of SerpApi's letter is attached hereto as Exhibit B.

5.    On April 3, 2026, I visited the webpage located at https://stackoverflow.com/questions/74235199/getting-blocked-trying-to-scrape-google-search-results.  A true and correct copy of the webpage as it appeared on April 3, 2026, is attached hereto as Exhibit C.

6.    Also on April 3, 2026, I visited the webpage located at https://github.com/serpapi/public-roadmap/issues/2466.  A true and correct copy of the webpage as it appeared on April 3, 2026, is attached hereto as Exhibit D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief after reasonable investigation.  Executed this 6th day of April 2026 in New York, New York.

/s/ *Lucy Yen*
Lucy Yen

**SIGNATURE ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By:  */s/ David H. Kramer*

David H. Kramer

DECLARATION OF LUCY YEN ISO GOOGLE LLC'S OPPOSITION TO PLAINTIFF MOTION TO STAY          -2-          CASE NO.:  4:25-CV-10826-YGR