# Exhibit A

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

31 West 52nd Street
Fifth Floor
New York, New York 10019-6118

O: 212.999.5800
F: 866.974.7329

LUCY YEN
Internet: LYEN@wsgr.com
Direct dial:  (650) 784-3931

March 27, 2026

Colin Kass, Esq.
Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

> **Re:    *Google LLC v. SerpApi, LLC***
> **Deadline to Respond to Google's First Sets of Discovery**

Dear Mr. Kass:

We do not agree to "suspend" or extend SerpApi's deadlines to the discovery served on March 23, 2026.  Consistent with the governing rules, discovery opened following the parties' Rule 26(f) conference on March 9, 2026.

Your "belie[f]" that the Court "intended to resolve SerpApi's pending motion to dismiss before permitting the parties to engage in discovery" is unsupported by the Court's recent Order.  *See* Dkt. 28.  As you know, the Court said nothing about staying discovery; that is why SerpApi is seeking our consent to an unauthorized suspension of discovery.  We do not consent to putting the case on hold while SerpApi makes meritless arguments about the DMCA that are inconsistent with the statute and binding precedent.

Discovery must proceed especially in light of SerpApi's deficient initial disclosures.  They improperly withheld the names of all employees except SerpApi's CEO, identified dozens of Google employees who have no personal knowledge regarding the allegations at issue, and undermined the purpose of Rule 26.  SerpApi must supplement its initial disclosures as soon as possible.

Given that you already filed a motion to stay, which we previously informed you we oppose, we do not know what you seek to meet and confer about.  In any event, before any meet and confer is scheduled, please provide in writing SerpApi's basis for suggesting that the Court intended to stay discovery until resolution of the motion to dismiss.  Relatedly, we are not available for a hearing on SerpApi's motion to stay on April 28.  We would have told you that if you had consulted us consistent with the Northern District's Professional Conduct guidelines.  We propose instead scheduling the hearing for May 19, 2026, the date already scheduled for the hearing on the motion to dismiss.

**WILSON SONSINI**

Colin R. Kass
March 27, 2026
Page 2


Finally, your letter was addressed to David H. Kramer and Jacob E. Hartman.  Jacob E. Hartman does not represent Google in this matter and is not a Wilson Sonsini employee.


Very truly yours,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Lucy Yen

Lucy Yen

**WILSON SONSINI**