# Exhibit B

**Proskauer** ⟩    Proskauer Rose LLP | 1001 Pennsylvania Avenue, NW | Washington, DC 20004

Colin R. Kass
202-416-6890
ckass@proskauer.com

March 27, 2026

***Via Email***

Lucy Yen
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050

> Re:    *Google LLC vs. SerpApi, LLC*, *25-cv-10826 (N.D. Cal.)*
>        *2nd Letter re Deadline for Response to Google's First Set of Discovery*

Dear Lucy:

We write in response to your March 27th letter declining to agree to suspend the deadline for serving responses and objections until after the Court rules on our motion to stay discovery.[1]

In your letter, you state that you do "not know what [we] seek to meet and confer about." But our letter was clear. We seek to meet and confer about your refusal to agree to our request to suspend the discovery response deadline. While normally we should not have to ask twice for your availability for a meet and confer required by Rule, we will do so this time. SerpApi is available for a meet and confer after 3 PM on Monday, March 30th, or 12-3 PM on Tuesday, March 31st. Please let us know your availability. On the meet and confer, we can discuss the process for submitting the four-page joint letter required by Judge Gonzalez Rogers's rules.[2]

In your letter, you also request that the hearing on the motion to stay discovery be delayed until May 19th. We are amenable to doing so, but only if you agree that all discovery shall be stayed until the Court rules on the Motion to Stay discovery. If not, we will need the Court's guidance on this issue before the May 19th hearing on the motion to stay.[3]

Sincerely,

*/s/ Colin R. Kass*

---

[1] This letter relates to SerpApi's March 24th letter, Google's March 27th Letter, and Google's March 23rd First Set of RFPs and Interrogatories.

[2] Your letter requests that we "provide in writing SerpApi's basis for suggesting that the Court intended to stay discovery until resolution of the motion to dismiss." We have already explained in writing the basis for our request to stay discovery and the reasons why the deadline for responding to your First Set of Requests should be suspended.

[3] Your letter also requests that we "supplement" our initial disclosures. We believe our initial disclosures are appropriate at this time, and do not plan to supplement. We, of course, reserve the right to supplement our initial disclosures pursuant to Rule 26(e) if circumstances warrant.