# Exhibit C

Case 4:25-cv-10826-YGR    Document 29-4    Filed 04/06/26    Page 2 of 5

How are we doing? Please help us improve Stack Overflow.    **Take our short survey**

# Getting blocked trying to scrape google search results

Asked 3 years, 5 months ago    Modified 2 years, 10 months ago    Viewed 4k times



**2**







I am using python and BeautifulSoup to scrape through google search results. But I run into captchas as soon as I make more than 10 requests.

I tried using python requests library and passing user agent, giving proxy, sleeps, verify=False, and every imaginable thing just to get rid of these captchas but they just don't give up!

I tried using selenium webdriver (headless) but of no avail.

I tried using python cURL request. It lasts longer than the requests and selenium, but it eventually gets blocked.

I just want to scrape google search results peacefully and anonymously. Any advice please?

`python`    `web-scraping`

Share   Improve this question   Follow

asked Oct 28, 2022 at 12:09



**hassan abbas**
**72**   1   8

---

the question needs sufficient code for a minimal reproducible example: stackoverflow.com/help/minimal-reproducible-example – darren Oct 28, 2022 at 12:53

Google has big money to create complex system to detect scripts/bots/hacker/spamers. But Google should has also `API` for programmers - and you should use API instead of scraping from web page. – furas Oct 28, 2022 at 15:35 ✏

but the api only allows to scrape 32 results, and I want thousands! – hassan abbas  Oct 29, 2022 at 6:53

usually APIs should have option to get next results using option `offset` or `start` or `page`. Using normal scraping to get thousands values will make problems because `Google` doesn't like when scripts scrape page - because they don't click links and Google doesn't earn money for clicks. – furas Oct 29, 2022 at 12:38

## 1 Answer

Sorted by:  Highest score (default)  ⇕



If you are making a large number of requests for web scraping a website, it's a good idea to make each request look random by sending a different set of HTTP headers (user-agent rotation)

4/3/26, 11:10 AM
python - Getting blocked trying to scrape google search results - Stack Overflow
Case 4:25-cv-10826-YGR    Document 29-4    Filed 04/06/26    Page 3 of 5

to make it look like the request is coming from different computers/different browser:







Copy

```python
import requests, random

user_agent_list = [
   'Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_5) AppleWebKit/605.1.15 (KHTML,
like Gecko) Version/13.1.1 Safari/605.1.15',
   'Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:77.0) Gecko/20100101
Firefox/77.0',
   'Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_5) AppleWebKit/537.36 (KHTML,
like Gecko) Chrome/83.0.4103.97 Safari/537.36',
   'Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:77.0) Gecko/20100101
Firefox/77.0',
   'Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
Gecko) Chrome/83.0.4103.97 Safari/537.36',
]

for _ in user_agent_list:
  #Pick a random user agent
  user_agent = random.choice(user_agent_list)

  #Set the headers
  headers = {'User-Agent': user_agent}

requests.get('URL', headers=headers)
```

In addition to the rotate `user-agent`, you can [rotate proxies](#) (ideally residential) that can be used in combination with CAPTCHA solver to bypass CAPTCHA.

Also if nothing works you can use a [Google Search Engine Results API](#) alternative from a third-party API SerpApi. It's a paid API with a free plan.

It will bypass blocks (including CAPTCHA) from Google and other search engines, and no need to create the parser and maintain it.

This block of code shows how to collect data from all pages ([example in the online IDE](#)):

Copy

```python
from serpapi import GoogleSearch
from urllib.parse import urlsplit, parse_qsl
import json, os

params = {
  "api_key": os.getenv("API_KEY"), # serpapi key
  "engine": "google",             # serpapi parser engine
  "q": "tesla",                   # search query
  "num": "100"                    # number of results per page (100 per page in
this case)
  # other search parameters: https://serpapi.com/search-api#api-parameters
}

search = GoogleSearch(params)     # where data extraction happens

organic_results_data = []
```

```python
page_num = 0

while True:
    results = search.get_dict()     # JSON -> Python dictionary

    page_num += 1

    for result in results["organic_results"]:
        organic_results_data.append({
            "page_num": page_num,
            "title": result.get("title"),
            "link": result.get("link"),
            "displayed_link": result.get("displayed_link"),
        })

    if "next_link" in results.get("serpapi_pagination", []):

search.params_dict.update(dict(parse_qsl(urlsplit(results.get("serpapi_pagination").
        else:
            break

print(json.dumps(organic_results_data, indent=2, ensure_ascii=False))
```

Example output:

```
[
  {
    "page_num": 1,
    "title": "Tesla the Band | Official Website | American Made Rock 'n' ...",
    "link": "https://teslatheband.com/",
    "displayed_link": "https://teslatheband.com"
  },
  {
    "page_num": 1,
    "title": "TSLA: Tesla Inc - Stock Price, Quote and News - CNBC",
    "link": "https://www.cnbc.com/quotes/TSLA",
    "displayed_link": "https://www.cnbc.com › quotes › TSLA"
  },
  {
    "page_num": 1,
    "title": "Tesla, Inc. (TSLA) Stock Price, News, Quote & History",
    "link": "https://finance.yahoo.com/quote/TSLA/",
    "displayed_link": "https://finance.yahoo.com › quote › TSLA"
  },
  # ...
]
```

Disclaimer, I work for SerpApi.

Share  Improve this answer  Follow

answered Nov 7, 2022 at 9:33

Denis Skopa
**107**   1   1   9

Case 4:25-cv-10826-YGR    Document 29-4    Filed 04/06/26    Page 5 of 5

ⓘ  Sign up to request clarification or add additional context in comments.    ✕

## Comments

Add a comment

**Start asking to get answers**

Find the answer to your question by asking.

Ask question

**Explore related questions**

python    web-scraping

See similar questions with these tags.