# Exhibit D

Case 4:25-cv-10826-YGR    Document 29-5    Filed 04/26/26    Page 2 of 4

 serpapi / **public-roadmap**   Public

`<>` Code     ⊙ Issues   918     ⑂ Pull requests   1     ▷ Actions     ⊞ Projects     ⚠ Security and quality

New issue            ⧉

# Search API - I need to bypass Google CAPTCHA #2466

**Closed as not planned**

---

Labels      **type: feature**

---

 **DeeAlexisCodes** opened on Mar 7, 2025      ⋯

I am building an RSS Feed parser and i need to bypass Google CAPTCHA in order to properly get past this.

Using feedparser, pass each of these items
In each items, we have titles and source url. Based on those titles and source url, the first task is to write codes that is able to do a google search and return me the url of the article using selenium or any other popular alternative. Pass this and return a dictionary of each article of that website, the title, publication date and source url.
the url is: https://news.google.com/rss/search?q=bitcoin&hl=en-NG&gl=NG&ceid=NG:en

the url to the link i need rss pass is https://news.google.com/rss/search?q=bitcoin&hl=en-NG&gl=NG&ceid=NG:en

---

🏷   **DeeAlexisCodes** added   **type: feature**    on Mar 7, 2025

---

**DeeAlexisCodes** on Mar 7, 2025             Author   ⋯

I am building an RSS Feed parser and I need to bypass Google CAPTCHA in order to properly get past this.

Using `feedparser`, pass each of these items.
In each item, we have `titles` and `source url`. Based on those titles and source URLs, the first task is to write code that is able to do a Google search and return me the URL of the article using Selenium or any other popular alternative. Pass this and return a dictionary of each article of that website, including the title, publication date, and source URL.

Case 4:25-cv-10826-YGR    Document 29-5    Filed 04/26/26    Page 3 of 4

The RSS feed URL is:

```
https://news.google.com/rss/search?q=bitcoin&hl=en-NG&gl=NG&ceid=NG:en
```

The URL to the link I need RSS to pass is:

```
https://news.google.com/rss/search?q=bitcoin&hl=en-NG&gl=NG&ceid=NG:en
```

---

 **marm123** on Mar 7, 2025                                                      ⋯

Hi **@DeeAlexisCodes**, thanks for reaching out. You can check our Google News API, which solves all the issues for you, and you can just enjoy the data without worrying about CAPTCHAs. Please check the documentation below:

https://serpapi.com/google-news-api

If you need further assistance, please contact us at contact@serpapi.com.

---

**marm123** closed this as not planned on Mar 7, 2025

---

Sign up for free **to join this conversation on GitHub.** Already have an account? **Sign in to comment**

## Metadata

### Assignees

No one assigned

### Labels

type: feature

### Type

No type

### Projects

No projects

### Milestone

No milestone

### Relationships

None yet

Case 4:25-cv-10826-YGR    Document 29-5    Filed 04/26/26    Page 4 of 4

## Development

| 🖥️ Code with agent mode | ▼ |
|---|---|

No branches or pull requests

## Participants

