United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

      Plaintiff,

    v.

SERPAPI, LLC,

      Defendant.

Case No. 4:25-cv-010826-YGR

**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has reviewed the docket and the pending motions and discovery letter brief. The Court advises the parties that it expects to be in trial from April to November of this year. Most scheduled trials are large, complex matters spanning many weeks, including *In re: Social Media Adolescent Addiction/ Personal Injury Products Liability Litigation* (MDL No. 3047). Given the Court's trial schedule and overburdened docket, the Court likely will be unable to resolve the parties' disputes as promptly as it would prefer.

Accordingly, and given the parties' apparent need for quick resolution of their disputes, the Court **ORDERS** the parties to meet and confer and to then advise the Court whether the parties will consent to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment, by no later than **Monday, April 13, 2026**. *See* Civil L.R. 73-1(b). Magistrate judges have smaller civil dockets and no felony criminal cases and therefore have more flexibility than the undersigned. Each is more than qualified to preside over your dispute.

This district boasts excellent magistrate judges. The bios detailing their credentials are available at https://cand.uscourts.gov/ (click on the "Consenting to a Magistrate Judge" tab). Given that this case is pending before a district judge, the parties are advised that either a magistrate judge will be randomly selected, or the parties may *jointly request assignment to a*

*specific* magistrate judge of their choosing. To the extent the parties can agree on a magistrate judge for all purposes, a consent form is available at http://www.cand.uscourts.gov, in the "Forms" section.

IT IS SO ORDERED.

Dated:  April 8, 2026

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

2