Joseph E. Clark (SBN 281021)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
jclark@proskauer.com

*Attorney for Defendant SerpApi, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

       Plaintiff,

          v.

SERPAPI, LLC,

       Defendant.

Case No. 25-cv-10826-YGR
Hon. Yvonne Gonzales Rogers

Time: April 28, 2026, 2:00 p.m.
Court: Courtroom 1 – 4th Floor

## DECLARATION OF DAVID A. MUNKITTRICK
## IN SUPPORT OF SERPAPI'S STAY REPLY

I, David A. Munkittrick, hereby declare as follows:

1.     I am a partner at Proskauer Rose LLP, counsel for Defendant SerpApi, LLC ("SerpApi"). I have applied for pro hac vice admission to practice before the Court in this action. ECF 21. I submit this declaration in support of SerpApi's Reply in Support of its Motion to Stay Discovery. I have personal knowledge of the facts and circumstances described below and would testify to them if called upon as a witness.

2.     Attached as **Exhibit A** is a copy of Google, LLC's ("Google") First Set of Requests for the Production of Documents to SerpApi, dated March 23, 2026.

3.     Attached as **Exhibit B** is a copy of Google's First Set of Interrogatories to SerpApi, dated March 23, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 13th day of April 2026 in New York, New York.

/s/  David A. Munkittrick

David A. Munkittrick

## SIGNATURE ATTESTATION

I, Joseph E. Clark, am the ECF User whose ID and password are being used to file this document.  In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By: */s/  Joseph E. Clark*
Joseph E. Clark