Proskauer Rose LLP | Eleven Times Square | New York, NY 10036

Joseph E. Clark
202-969-3000
jclark@proskauer.com

April 13, 2026

*Via ECF*

Hon. Yvonne Gonzalez Rogers, U.S.D.J.
U.S. District Court for the Northern District of California

Re:    *Google LLC v. SerpApi, LLC, 25-cv-10826 (N.D. Cal.)*
       *Non-Consent to Magistrate Judge for All Purposes*

Dear Judge Gonzalez Rogers:

Pursuant to the Court's Order (ECF 32), the parties met and conferred on April 10, 2026.

After careful consideration, SerpApi, LLC has concluded that, while we are cognizant of and appreciate the Court's upcoming trial schedule and competing demands on its docket, and the quality and experience of Magistrate Judges in the District, SerpApi is unable to consent to the reassignment of this matter to a magistrate judge for all purposes given the importance of the issues and the potential impact this case may have on its business.

Respectfully submitted,

*/s/ Joseph E. Clark*