DAVID H. KRAMER, California State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (866) 974-7329
Email:       dkramer@wsgr.com

LUCY YEN, California State Bar No. 224559
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
31 West 52nd Street, 5th Floor
New York, New York 10019
Telephone:  (212) 999-5800
Facsimile:  (866) 974-7329
Email:       lyen@wsgr.com

Attorneys for Plaintiff
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE LLC, | ) Case No.: 4:25-cv-10826-YGR |
| | ) |
| Plaintiff, | ) **GOOGLE LLC'S RESPONSE RE:** |
| | ) **COURT'S ORDER DIRECTING** |
| v. | ) **PARTIES TO INFORM COURT** |
| | ) **WHETHER THEY CONSENT TO A** |
| SERPAPI, LLC, | ) **MAGISTRATE JUDGE FOR ALL** |
| | ) **PURPOSES (ECF NO. 32)** |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

In accordance with the Court's Order Directing Parties to Inform Court Whether They Consent to a Magistrate Judge for All Purposes (ECF No. 32), the parties met and conferred on April 10, 2026 regarding the appointment of a magistrate judge for all purposes for this matter. Counsel for SerpApi informed Google's counsel that SerpApi is not willing to consent to such an appointment. *See* ECF No. 34.

Respectfully submitted,

Dated:  April 13, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____ */s/ Lucy Yen* _____
        Lucy Yen
        lyen@wsgr.com

Attorneys for Plaintiff
GOOGLE LLC