**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

GOOGLE LLC,

       Plaintiff,

    v.

SERPAPI, LLC,

       Defendant.

Case No.  4:25-cv-10826-YGR

**ORDER VACATING HEARING**

Dkt. No. 27

Given the Court's trial schedule, the hearing set for April 28, 2026 is **VACATED**. The Court will reset the hearing at a later date if appropriate. Alternatively, if appropriate, the Court will issue a written decision on the papers as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  As previously indicated, the parties are welcome to consent to a magistrate judge of their choice.

    **IT IS SO ORDERED**.

Date:  April 14, 2026

_____

**YVONNE GONZALEZ ROGERS**

**UNITED STATES DISTRICT COURT JUDGE**