**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**Google LLC**,

      Plaintiff,

      v.

**SERPAPI, LLC**,

      Defendants.

Case No.  4:25-cv-10826-YGR

**ORDER VACATING HEARING**

Dkt. No. 22

Given the Court's trial schedule, the hearing set for May 19, 2026 is **VACATED**. The Court will reset the hearing at a later date if appropriate. Alternatively, if appropriate, the Court will issue a written decision on the papers as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). As previously indicated, the parties are welcome to consent to a magistrate judge of their choice.

      **IT IS SO ORDERED**.

Date:  May 7, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**