# Exhibit A

LUCY YEN, California State Bar No. 224559
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
31 West 52nd Street, 5th Floor
New York, New York 10019
Telephone:    (212) 999-5800
Facsimile:    (866) 974-7329
Email:        *lyen@wsgr.com*

Attorneys for Plaintiff
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE LLC, | Case No.:  4:25-cv-10826-YGR |
| Plaintiff, | **GOOGLE LLC'S FIRST SET OF INTERROGATORIES TO SERPAPI, LLC** |
| v. | |
| SERPAPI, LLC, | |
| Defendant. | |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiff Google LLC hereby hereby propounds upon Defendant SerpApi, LLC ("SerpApi") the following First Set of Interrogatories ("Interrogatories," each an "Interrogatory") to be answered fully, in writing and under oath, within thirty (30) days of the date of service hereof, and in compliance with the Definitions and Instructions set forth below.

## **DEFINITIONS**

The following definitions apply to each of the Interrogatories set forth below:

1.    "Describe" means explain in detail, including all relevant aspects of the subject of a given Interrogatory.

2.    "Google" means Plaintiff Google LLC.

3.    "Google APIs" refers to and includes any application programming interface, whether public, private, internal, partner, beta, or deprecated, including any programmatic interface, endpoint, method, protocol, library, SDK, webhook, feed, or other mechanism You offer or make available, by which Your software systems communicate with or access data, content, or functionality relating to or available through Google Services, together with all associated documentation, schema definitions, authentication systems, rate-limiting systems, logging mechanisms, and backend enforcement controls. "Google APIs" expressly refers to and includes, but is not limited to, Your Google Search API, Google AI Mode API, Google AI Overview API, Google Light Fast API, Google Light Search API, Google Maps API, Google Shopping API, and Google Reverse Image API.

4.    "Google Services" refers to and includes any and all websites, platforms, applications, software (including APIs), products, features, tools, functionalities, and systems, whether public-facing, private, internal, or beta, that Google LLC owns, operates, develops, maintains, licenses, controls, or makes available, in whole or in part, including all associated backend systems, databases, infrastructure, data flows, third-party integrations, source code, object code, and related components. "Google Services" expressly refers to and includes, but is not limited to, Google Search, Knowledge Graph, Knowledge Panels, AI Overviews, Google Images,

Google Maps, Google Books, Google News, Google Flights, Google Finance, Google Shopping, Google Alerts, Google Assistant, Gemini, Google Dataset Search, Google Travel, Google Videos, Google Arts & Culture, Google Patents, Google Scholar, and YouTube.

5.    "Identify" means:

a.  with respect to a person, to provide, to the extent known, the person's (i) full name; (ii) present or last known address; and (iii) current or last known place of employment;

b.  with respect to a legal entity, to provide, to the extent known, the legal entity's (i) full name as registered with the relevant state authority or authorities; (ii) state of incorporation; (iii) name under which it transacts business; (iv) headquarters address;  and (v) contact information for the relevant representative;

c.  with respect to a document, to provide, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; (iv) author(s); (v) addressee(s); and (vi) recipient(s); and

d.  with respect to a communication, to provide, to the extent known, (i) a description of the substance; (ii) the form of the communication (e.g., telephone, facsimile, e-mail, etc.); (iii) all parties to and/or present at the time, as well as the full name, present or last known address, and the current or last known place of employment of each person; (iv) the person who initiated the communication; and (v) the time, date, and place of the communication.

6.    "Including" (or any derivation thereof) is used to emphasize certain types of information requested and should not be construed as limiting an Interrogatory in any way. "Including" means including but not limited to.

7.    "Plaintiff" or "Defendant" as well as a party's full or abbreviated name or a pronoun referring to a party, mean that party and, where applicable its officers, directors, and employees.

8.    "SerpApi," "Defendant," "You," and "Your" refer to and include Defendant SerpApi, LLC, together with any of its corporations, businesses, subsidiaries, divisions, subdivisions, predecessors, successors, parents, and affiliates, and their respective officers,

directors, employees, independent contractors, partners, representatives, agents, attorneys, accountants, or other persons or entities acting on behalf of, at the direction of, or under the control of Defendant.

9.     "Your Services" refers to and includes any and all websites, platforms, applications, software (including APIs), products, features, tools, functionalities, and systems, whether public-facing, private, internal, or beta, that You own, operate, develop, maintain, license, control, or make available, in whole or in part, including all associated backend systems, databases, infrastructure, data flows, third-party integrations, source code, object code, and related components. "Your Services" expressly refers to and includes, but is not limited to, Your Google APIs, all APIs listed at https://serpapi.com/search-engine-apis, and all integrations listed at https://serpapi.com/integrations, and includes all products and services offered as part of Your "Free," "Enterprise," "Starter," "Developer, "Production, and "Big Data" pricing tiers.

## **INSTRUCTIONS**

For the purpose of these Interrogatories, the following instructions shall apply:

1.     In answering these Interrogatories, furnish all information, including information contained in or on any document that is known or available to You, including all information in the possession of Your attorneys or other persons acting on Your behalf or under Your attorneys' employment or direction.

2.     If there is any item of information that You refuse to disclose on grounds of privilege or work-product immunity, answer so much of the Interrogatory as does not request information for which You claim privilege or work-product immunity, and specify which part of the Interrogatory You refuse to answer on grounds of privilege or work-product immunity.

3.     The following rules of construction apply to all Interrogatories:

    a.  Number. The use of the singular form of any word includes the plural and vice versa.

    b.  Tense. The use of present tense includes past tense and vice versa.

c. And/Or. The terms "and" and "or" must be construed either conjunctively or disjunctively as necessary to bring within the scope of the Interrogatory all information that might otherwise fall outside the scope of the Interrogatory.

d. All/Any/Each. The terms "all," "any," or "each" encompass any and all of the matters discussed.

4. These Interrogatories are continuing in nature. If You receive or otherwise become aware of information responsive to any interrogatory after You have served Your responses to these Interrogatories, You must promptly supplement Your responses to these Interrogatories to provide such information, as required by Federal Rule of Civil Procedure 26(e).

5. Unless otherwise stated, the applicable time period for each Interrogatory is January 2022 to the present.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify the total number of requests to Google Services made by or on behalf of SerpApi, on a weekly basis, since January 1, 2022.

**INTERROGATORY NO. 2:**

For each internet protocol ("IP") address that SerpApi or its agents have used to access Google Services since January 1, 2022, identify the total number of requests SerpApi and its agents have sent to Google Services using each such IP address.

**INTERROGATORY NO. 3:**

Identify all individuals, by name, title, and last known residential address, who participated in, supervised, or directed, the design, development, testing, deployment, operation, or maintenance of any SerpApi Service that You have used to access Google Services.

**INTERROGATORY NO. 4:**

Identify all individuals, by name, title, and residential address, who worked on or contributed to the "dedicated efforts" described in Your January 17, 2025 blog post, called "Google Now Requires JavaScript" (available at https://serpapi.com/blog/google-now-requires-javascript).

**INTERROGATORY NO. 5:**

For each of Your twenty largest customers by amounts paid to SerpApi over the past three years who have used Your Services to obtain information from Google Services, identify the customer, the amounts paid by month, and the SerpApi services used.

**INTERROGATORY NO. 6:**

Identify all individuals, by name, title, and last known residential address, involved in responding to or processing any reports, issues, or concerns from customers or SerpApi representatives relating to any disruption of customer access to Google Services or data obtained therefrom.

Dated:  March 23, 2026                          WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation

                                                By:      /s/ *Lucy Yen*
                                                         Lucy Yen

                                                         *Attorneys for Plaintiff*
                                                         *GOOGLE LLC*

**CERTIFICATE OF SERVICE**

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1.    **GOOGLE LLC'S FIRST SET OF INTERROGATORIES TO SERPAPI, LLC**

☒    By forwarding the document(s) by electronic transmission on this date to the Internet email address(es) listed below:

| | |
|---|---|
| Katy M. Young | kyoung@astralegal.com |
| Colin Kass | ckass@proskauer.com |
| David A. Munkittrick | dmunkittrick@proskauer.com |
| Heather Tovar | htovar@astralegal.com |
| Joseph E. Clark | jclark@proskauer.com |
| Chloe L. Ashley | cashley@astralegal.com |
| Katey Carlin | kcarlin@astralegal.com |
| Reut N. Samuels | rsamuels@proskauer.com |

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above.  In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at San Mateo, California on March 23, 2026.

_____
Deborah Grubbs