UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SERPAPI, LLC,<br><br>Defendant. | Case No.: 4:25-cv-10826-YGR<br><br>**[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO ENLARGE TIME PURSUANT TO LOCAL CIVIL RULE 6-3 AS MODIFIED**<br><br>Before: Hon. Yvonne Gonzalez Rogers |

For good cause appearing, the deadline for Plaintiff Google LLC to oppose Defendant SerpApi, LLC's motion to dismiss (ECF No. 49) is extended to September 15, 2026, and SerpApi's reply in support of its motion to dismiss is extended to September 29, 2026. The hearing on the motion to dismiss is continued to October 13, 2026 at 2:00 P.M. The September 29, 2026, reply deadline may be extended if the Court grants SerpApi's pending motion to compel the production of certain licensing agreements referenced in the amended complaint.

**IT IS SO ORDERED.**

Dated: September 4, 2026

HON. YVONNE GONZALEZ ROGERS
Chief United States District Judge