**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**GOOGLE LLC,**

Plaintiff,

vs.

**SERPAPI, LLC,**

Defendant.

CASE NO. 4:25-cv-10826-YGR

**ORDER VACATING HEARING**

Re: Dkt. No. 49

Given the Court's trial schedule, the hearing set for October 13, 2026, is VACATED. The Court will reset the hearing at a later date if appropriate. Alternatively, if appropriate, the Court will issue a written decision on the papers as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). As previously indicated, the parties are welcome to consent to a magistrate judge of their choice.

**IT IS SO ORDERED.**

Dated: October 5, 2026

**YVONNE GONZALEZ ROGERS**
**CHIEF UNITED STATES DISTRICT COURT JUDGE**