DAVID H. KRAMER, California State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: dkramer@wsgr.com

LUCY YEN, California State Bar No. 224559
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
31 West 52nd Street, Fifth Floor
New York, NY 10019-6118
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: lyen@wsgr.com

Attorneys for Plaintiff
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SERPAPI, LLC,<br><br>Defendant. | Case No.: 4:25-cv-10826-YGR<br><br>**PLAINTIFF GOOGLE LLC'S STATEMENT OF RECENT DECISION IN SUPPORT OF OPPOSITION TO DEFENDANT SERPAPI'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Before: Hon. Yvonne Gonzalez Rogers |

Pursuant to Local Civil Rule 7-3(d)(2), Google LLC ("Google") submits this Statement of Recent Decision without argument to bring the Court's attention to Judge Corley's Order denying the defendant's motion to dismiss a claim under Section 1201(a) in *Ted Entertainment, Inc. v. Bytedance Inc.*, Case No. 3:25-cv-10933-JSC, 2026 WL 2970541 (N.D. Cal. Oct. 2, 2026) (the "Order"). The Order was issued over two weeks after Google filed its Opposition to Defendant's Motion to Dismiss the Amended Complaint in this action (Dkt. 58), and before the October 13, 2026, date that was scheduled for a hearing on the motion until the Court vacated the hearing. *See* Dkt. 60.

Respectfully submitted,

Dated: October 12, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ David H. Kramer*
David H. Kramer
E-mail: dkramer@wsgr.com

Attorneys for Plaintiff
GOOGLE LLC