DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: dkramer@wsgr.com

Attorneys for Plaintiff
GOOGLE LLC

COLIN R. KASS (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 416-6890
Email: ckass@proskauer.com

Attorneys for Defendant
SERPAPI, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SERPAPI, LLC, a Texas corporation,<br><br>Defendant. | Case No.: 4:25-cv-10826-YGR<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME REGARDING SECOND AMENDED COMPLAINT**<br><br>Before: Judge Yvonne Gonzalez Rogers |

WHEREAS, on November 9, 2026, the Court granted Defendant SerpApi, LLC's ("SerpApi") motion to dismiss with leave to amend (Dkt. No. 62);

WHEREAS, the Court ordered that Plaintiff Google LLC ("Google") may file a Second Amended Complaint within 21 days, or by November 30, and ordered that SerpApi's response would be due 21 days thereafter;

WHEREAS, the parties agree to extend Google's deadline by 10 days in light of the Thanksgiving holiday, such that its Second Amended Complaint would be due on December 10, 2026;

WHEREAS, the parties agree to extend SerpApi's deadline to respond to the Second Amended Complaint by 10 days, such that its response would be due on January 11, 2027.

WHEREAS, the parties have not previously sought or obtained extensions of time with respect to a Second Amended Complaint and such extensions will not affect any other deadline in the matter.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, and subject to the Court's approval, that:

1. Google's deadline to file a Second Amended Complaint shall be December 10, 2026, and

2. SerpApi's deadline to respond to Google's Second Amended Complaint shall be January 11, 2027.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Lucy Yen*
Lucy Yen, State Bar No. 224559
Wilson Sonsini Goodrich & Rosati, P.C.
31 West 52nd Street, Fifth Floor
New York, NY 10019-6118
Telephone: (212) 999-5800
Email: lyen@wsgr.com

David H. Kramer, State Bar No. 168452
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94303-1050
Telephone: (650) 493-9300
Email: dkramer@wsgr.com

Attorneys for Plaintiff
GOOGLE LLC

*/s/ Colin R. Kass*
Colin R. Kass (admitted *pro hac vice*)
Proskauer Rose LLP
1001 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 416-6890
Email: ckass@proskauer.com

David A. Munkittrick (admitted *pro hac vice*)
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Email: dmunkittrick@proskauer.com

Joseph E. Clark, State Bar No. 281021
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Email: jclark@proskauer.com

Attorneys for Defendant
SERPAPI, LLC

**SIGNATURE ATTESTATION**

I, Lucy Yen, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

*/s/ Lucy Yen*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 18, 2026

Hon. Yvonne Gonzalez Rogers
United States Chief District Judge